UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY WETTON,              ) | |
|                            ) | |
|     Petitioner,            ) | CASE NO. C05-1640JCC-JPD |
|                            ) | |
|     v.                     ) | |
|                            ) | ORDER GRANTING RESPONDENT'S |
| JOSEPH LEHMAN,             ) | MOTION TO ANSWER PETITIONER'S |
|                            ) | TRAVERSE |
|     Respondent.            ) | |
| _____) | |

This matter comes before the Court on respondent's motion to answer petitioner's traverse. The Court, having considered respondent's motion, and the balance of the record, does hereby ORDER as follows:

(1) Respondent's motion to answer petitioner's traverse (Dkt. No. 13) is GRANTED. Respondent's answer to petitioner's traverse, which was submitted to the Court on December 20, 2005, has been made a part of the record.

(2) Petitioner's federal habeas petition (Dkt. No. 1) is RE-NOTED on the Court's calendar for consideration on January 6, 2006.

ORDER GRANTING RESPONDENT'S
MOTION TO ANSWER PETITIONER'S
TRAVERSE - 1

(3)    The Clerk shall direct copies of this Order to all counsel of record, and to the Honorable John C. Coughenour.

DATED this  9th  day of January, 2006.

                                                s/ James P. Donohue  
                                                JAMES P. DONOHUE  
                                                United States Magistrate Judge

ORDER GRANTING RESPONDENT'S  
MOTION TO ANSWER PETITIONER'S  
TRAVERSE - 2